La Salle National Bank, as Trustee, Plaintiff-Appellee, *v.* William H. Doggett, Jr., *et al.*, Defendants-Appellants.

(No. 60071;

First District (4th Division)—October 9, 1974.

Opinion by Mr. JUSTICE DIERINGER.

Joel Sideman, of Cook County Legal Assistance Foundation, Inc., of Evanston, for appellants.

No appearance for appellee.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Alonzo Flynn, a/k/a Carl R. Colston (Impleaded), *et al.*, Defendants-Appellants.

(Nos. 58204, 58866 cons.;

First District (5th Division)—October 11, 1974.